IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cr181

| | |
|---|---|
| UNITED STATES OF AMERICA ) </br> ) </br> vs. ) </br> ) </br> DEMETRIUS ANTONIO STARKS ) </br> ) | ORDER |

**THIS MATTER** is before the Court upon motion of the government for a peremptory setting during the December 1, 2008, trial term in the Charlotte Division, (Doc. No. 11), which the defendant has not opposed.

For the reasons stated in the motion, the Court finds sufficient cause to schedule the trial for a date-certain within the term.

**IT IS, THEREFORE, ORDERED** that the government's motion is GRANTED, and this case will be called for trial on, or as soon as possible after, December 15, 2008. Counsel must still appear at calendar call on December 1.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the United States Marshals Service.

Signed: November 21, 2008

Robert J. Conrad, Jr.
Chief United States District Judge